IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 14-16 |
| | ) | |
| VLADISLAV MIFTAKHOV | ) | |

POSITION OF THE GOVERNMENT
WITH RESPECT TO SENTENCING FACTORS

AND NOW, comes the United States of America, by its attorneys, David J. Hickton, United States Attorney for the Western District of Pennsylvania, and James T. Kitchen, Assistant United States Attorney for said District, and pursuant to Rule 32(C)(4) of the Local Rules of this Court, respectfully represents as follows:

1. The government received the presentence report for Vladislav Miftakhov, and subsequently conferred with the office of opposing counsel, Christopher Brown, Esquire, and Danylle Ford of the United States Probation Office regarding the contents of the presentence report.

2. The government hereby states that it has no objections, additions or modifications to the presentence report. Furthermore, the government does not anticipate arguing for a sentence which would require a departure or variance from the calculated advisory guideline range.

Respectfully submitted,

DAVID J. HICKTON
United States Attorney

By: s/ James T. Kitchen
JAMES T. KITCHEN
Assistant U.S. Attorney
PA ID No. 308565