Dear Judge Gibson,

My name is Evguenia Miftakhova.  I am a mother of Vladislav Miftakhov.  In August of this year I made a decision to become stay-at-home mom.  Before that I worked as an Actuarial Analyst at California Casualty Management Company.

Vlad is a very responsible, kind, and caring brother. During the summer break before his sophomore year, at the age of 14, he offered his help with babysitting our youngest daughter, when our nanny unexpectedly had to leave. For two weeks Vlad took care of his 5 month sister during the day, feeding her, changing diapers, putting her down for naps, and playing with her when she was awake.

Vlad has always been a very thoughtful, loving, and respectful son.  He had never used inappropriate language in the house, and had never raised his voice at me or other members of the family.  During his last two years in high school we had talked very often, with topics ranging from simple movie reviews to long and deep discussions about love, meaning of life, and religion. While our opinions were not always in sync, he was always able to express his point of view politely and make strong arguments without any negative emotions.

From our frequent heartfelt conversations with him during his time in prison I know that he learned his lesson. He knows now that the lack of knowledge of the laws does not excuse one from the responsibility to follow the laws.  Reading the textbook on sociology that I sent him helped him get a wider perspective of his actions and events in his life.  I am confident that he will not repeat his mistakes in the future.

We plan to help him in every possible way to quickly and smoothly integrate back into the society upon his release. The whole family misses him tremendously and awaits his return.

Sincerely,
Evguenia Miftakhova



Dear Judge Gibson,

My name is Valery Miftakhov.  I am the father of Vladislav Miftakhov. I came to the US 17 years ago to study Physics at Princeton. Currently, I am a Head of Rapid Prototyping & User Experience for one of the Google divisions. I am also a founder of Electric Motor Werks - a California company focusing on high performance electric vehicle technologies.

I would like to submit this letter in hope that it will help you understand Vlad's character and assure you that he is not only not a threat to anyone, but also a highly valuable member of the society.

Vlad was always a very inquisitive boy. He always wanted to see how things work and was really fascinated with science. Every year at school – from elementary to the end of high school – Vlad participated and took first and second prizes in a variety of science-based competitions. Space station design, chemistry, biology, etc. – all those areas interested him greatly. He took prizes in rocket competitions. In the last 2 years of high school, his desire to become an engineer resulted in applying and being admitted to Penn State engineering program. He chose Penn State for a combination of strong EE and Aerospace engineering programs. He was really excited to have a chance to help humanity expand into space.

Notably, he wasn't just a dreamer – Vlad has shown that he can connect his dreams to reality. Most recently, just before he left for Penn State, Vlad worked at our electric car company as a junior engineer. During the school year, he would spend ~20 hours a week assembling and testing our electronic prototypes. He would spend all his time going to school, then doing homework, then working on his work projects. For 3 months in summer, he spent all his time there, every day. While a good part of his class were wasting their time on video games and pointless loitering during the summer, he spent his time learning new things while building an electric race car…

In all the interactions with me and others, Vlad was always respectful, witty, and exhibited natural leadership qualities. In our many social events, he would never have a problem engaging in meaningful, deep conversations with adults. Every one of my friends liked him. He helped organize a number of family and social events, always being responsible, on time, and willing to go an extra mile to solve a problem.

We are all waiting eagerly for his release. He will always have a job ready at our company. Our hundreds of friends miss him dearly, as well, and are asking about him near every time I see them. I hope that we will all see him back home very soon.

Thank you for your consideration,
Valery Miftakhov

Dear Judge Gibson,

My name is Evgeny Fomin. I am a step-father of Vlad. I has been known him since he was 5. I am a Principal Systems Architect at Texas Instruments, Inc.

Vlad always was a very inquisitive child, fond of math and science. He got awards several times in the science project contests. This very love of experiments and hands-on learning has brought him to his current predicament.
However, now he has learnt and realize very well that numerous youtube videos, easily available instructions, and all the components readily sold from Amazon.com, do not make such activities lawful. He realizes now that one has to fully access the consequences of his actions, and their effect on other people. He grew to become more respectful to laws of living in the society.

Upon his release we will fully support his desire to complete his education and get back on track to a successful career and life.

With best regards,

Evgeny Fomin

Dear Judge Gibson,

My name is Erika Fedyashov and my husband's name is Eugene Fedyashov. We are Vlad's family neighbors and we live across the street. We have known Vlad since his family moved to our neighborhood  about  4 years ago. Our family and Vlad's family became friends. Vlad had visited our home on many occasions during family celebrations. Vlad stroked me as well behaved, polite   kid. From our personal observations Vlad appeared to be responsible young man.  We often observed Vlad playing and spending a lot of time with his younger siblings, his brother and two younger sisters.  Watching his interactions with his family Vlad impressed us with his ability  to take care of young kids. When my husband and I went on vacations, We felt comfortable asking Vlad to take care of our two small dogs. As neighbors and family friends we hope to see Vlad being released from the prison and we would like to help him transition to new life.

Best regards,

Erika and Eugene Fedyashov