IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff | : | CR No. 14-16J |
| | : | |
| vs. | : | |
| | : | |
| VLADISLAV MIFTAKHOV | : | |
| Defendant | : | |

HEARING:   Sentencing on December 12, 2014

Before Judge Kim R. Gibson

| | |
|---|---|
| John J. Valkovci, Jr., AUSA | Christopher B. Brown, Esquire |
| Appear for Plaintiff | Appear for Defendant |
| Hearing Began: 11:45 a.m. | Hearing Ended: 12:17 p.m. |
| CRD  Debbie Gorgone | Stenographer  Kimberly Spangler |

Defendant sworn. Defendant previously plead guilty to Count One of the Information. Sentencing guideline calculations and sentencing options given. Defendant was sentenced to 24 months of imprisonment. Upon release from imprisonment, the Defendant shall be on supervised release for a term of 3 years. Said term of supervised release comes with standard and special conditions of supervision, as more fully stated in said Judgment.  Defendant is ordered to pay a mandatory Special Assessment of $100 to the United States District Court Clerk. The Defendant will remain detained pending designation by the Bureau of Prisons.  Defendant's appeal rights given.